# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **NO. 3:15-00066-005** |
| | ) | **Judge Sharp** |
| **RICKY THOMPSON** | ) | |

## ORDER

Defendant's Motion to Strike (Docket No. 198) is GRANTED and, accordingly, Defendant's Motion for Bill of Particulars (Docket No. 191) is DENIED AS MOOT.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE