UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

United States of America

    Plaintiff,

v.

    Crim. Case No. 15-00066

    Hon. Sean F. Cox

Ricky Thompson,

    Defendant.
_____/

# ORDER DENYING DEFENDANT'S RENEWED MOTION TO EXCLUDE EVIDENCE

Currently before the Court is Defendant Ricky Thompson's ("Defendant") Renewed Motion to Exclude Evidence. (Doc. # 344, Def.'s Mo.). In it, Defendant claims that the Government has failed to comply with its discovery obligations pursuant to Federal Rule of Criminal Procedure 16, the *Jencks* Act, and *Brady v. Maryland*, 373 U.S 83 (1963). Specifically, Defendant asserts that he has been "denied any meaningful information related to the portion of the conspiracy alleged to have occurred in the Northern District of Ohio." (*Id*. at Pg ID 1078). As a result of the Governments purported violations, Defendant asks the Court to exclude "any evidence which was seized in Toledo, Ohio," along with any "testimony of witnesses which the Government has failed to comply with mandatory discovery disclosures." (*Id*. at Pg ID 1086). The Government has filed a response opposing the motion. (Doc. # 354). For the reasons that follow, the Court shall **DENY** Defendant's renewed motion.

First, the Court finds the timing of Defendant's motion suspect – Defendant made the motion after the jury was selected, after opening statements, and just as the first witness (Justin Howard) was getting ready to take the stand. Defendant claims that the instant motion is both

appropriate and timely in light of this Court's June 30, 2017 Order. However, the portion of the June 30, 2017 Order that Defendant cites does not in any way justify Defendant's attempt to exclude evidence on the basis of discovery violations. Instead, the Order permits Defendant to re-file a motion to exclude evidence pursuant to Rules 403 and 404(b).

Moreover, as the Government correctly points out, Defendant has failed to offer a legitimate basis for excluding evidence. Defendant's entire motion is essentially premised upon his speculation that certain discovery exists and that it has not been turned over. However, in making this argument, Defendant does not identify any evidence that the Government was required–but failed–to turn over. Defendant has therefore failed to demonstrate that he is entitled to the relief he seeks.

**IT IS SO ORDERED.**

s/Sean F. Cox
Sean F. Cox
United States District Judge
Sitting by Special Designation

Dated: July 19, 2017

I hereby certify that a copy of the foregoing document was served upon counsel of record on July 19, 2017, by electronic and/or ordinary mail.

s/Jennifer McCoy
Case Manager