UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

United States of America

    Plaintiff,

Crim. Case No. 15-00066

v.

Hon. Sean F. Cox

Ricky Thompson,

    Defendant.

_____/

## ORDER REGARDING OBJECTIONS

As stated on the record, on July 19, 2017, the parties are **ORDERED** to file specific objections to the proposed jury instructions **no later than 8:15 a.m. on July 20, 2017.**

**IT IS SO ORDERED.**

s/Sean F. Cox
Sean F. Cox
United States District Judge
Sitting by Special Designation

Dated: July 20, 2017

I hereby certify that a copy of the foregoing document was served upon counsel of record on July 20, 2017, by electronic and/or ordinary mail.

s/Jennifer McCoy
Case Manager